**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No.  CR-07-321-D |
| ) | |
| **TIMOTHY L. BEALS,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER TO REVOKE SUPERVISED RELEASE**

On this 11th day of April, 2008, a Petition filed on behalf on the United States Probation Office came on for hearing before this Court to consider whether the Defendant Timothy L. Beals, had violated conditions of his Supervised Release.  Assistant United States Attorney Ross N. Lillard, III, appeared on behalf on the United States of America and the defendant appeared in person and with counsel, Howard Haralson.

Defendant stipulated to the violations alleged in the Petition, specifically, that defendant violated state law by being cited and arrested for shoplifting on March 1, 2008 and that defendant was terminated from the Oklahoma Halfway House as a result of his arrest for shoplifting on March 1, 2008 as alleged in the Petition.

In light of the defendant's stipulation, the Court finds that the defendant has violated the terms of his supervised release, as alleged in the Petition.

IT IS THEREFORE ORDERED that defendant's term of supervised release is REVOKED.  The Court after considering 18 U.S.C. § 3553 and the advisory sentencing guidelines, sentences defendant to six (6) months imprisonment under the control of the Bureau of Prisons.  Upon release, defendant shall serve twelve (12) months supervised release with additional conditions that he participate in a Substance Abuse Aftercare program including testing and examination to determine if defendant has reverted to the use of drugs or alcohol.  The defendant is also ordered to participate in Mental Health Aftercare program if required by the United States Probation Office.  Defendant is to contribute any co-pay payments arising from participation in the aforementioned programs based on his ability to pay.  All other terms and conditions previously set for defendant's supervised release remain in full force and effect.  It is recommended that defendant, if eligible, be incarcerated at the Federal Correction Institution, El Reno, Oklahoma.

IT IS SO ORDERED THIS ___22nd___ day of April, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

Approved as to Form:

s/ROSS N. LILLARD, III

Assistant U.S. Attorney



s/HOWARD HARALSON

Assistant Federal Public Defender

(Signed copy of document bearing

signature of defense counsel is being

maintained in the office of

Plaintiff's Attorney)